PEOPLE *v.* MADDEN *et al.*

(*Common Pleas of New York City and County, General Term.* February 10, 1890.)

BAIL—FORFEITED RECOGNIZANCE—VACATING JUDGMENT.

    A judgment on a forfeited recognizance will be vacated where, after his de-
fault, the principal appears, and pays the fine imposed on him.

An application for an order vacating the judgment entered upon a forfeited
recognizance wherein one Paul Madden was principal and Patrick Morton
surety.
Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.
*H. Hartman,* for applicants.    *John R. Fellows,* Dist. Atty., for the People.

PER CURIAM.    Madden was arrested for violation of the excise laws, and
held for bail in $100.    On January 13, 1890, the case was called for trial in
the court of special sessions, and upon Madden's failure to appear the bail
was declared forfeited, and judgment entered against the surety on the follow-
ing day.    Later in the same day on which the forfeiture occurred Madden ap-
peared for trial, and upon his confession was adjudged guilty, and fined $50,

which was immediately paid. It also appears from the certificates of the district attorney and deputy-sheriff that the people have lost no right, and that all expense incurred by such forfeiture has been paid. The application should be granted.